UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON BARROS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PASRICHA & PATEL, LLC, GARY S. PASRICHA a.k.a. GURPREET S. PASRICHA and SHEETAL A. PATEL,<br><br>Defendants. | Civ. No. 2:14-CV-04436-SDW-SCM<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the above entitled action is hereby dismissed with prejudice, without costs or attorneys' fees to any party.

| | |
|---|---|
| **LAW OFFICES OF**<br>**MITCHELL SCHLEY, LLC**<br>Attorneys for Plaintiffs<br>377 Hoes Lane, Suite 260<br>Piscataway, New Jersey 08854<br><br>By: *M. Schley*<br>Mitchell Schley<br><br>Dated: 3/9, 2015 | **ARCHER & GREINER, P.C.**<br>Attorneys for Defendants<br>Court Plaza South, West Wing<br>21 Main Street, Suite 353<br>Hackensack, New Jersey 07601<br><br>By: _____<br>Patrick Papalia<br><br>Dated: 3/9, 2015 |

So Ordered
this 10th day of March 2015
Susan D. Wigenton, U.S.D.J.

8